| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Gallagher's Nor'West, LLC** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **86-1016800** |

4. Debtor's address

**Principal place of business**

**1708 E. Bethany Home Rd.**
**Phoenix, AZ 85016**
Number, Street, City, State & ZIP Code

**Maricopa**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
_____

---

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number | _____ |
| District _____ | When _____ | Case number | _____ |

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship to you | _____ |
| District _____ | When _____ | Case number, if known | _____ |

---

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | Check one: |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | Estimated number of creditors | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

---

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

---

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2015**
              MM / DD / YYYY

X **/s/ Rachel Jaquith**
    Signature of authorized representative of debtor

                                         **Rachel Jaquith**
                                         Printed name

Title    **Vice President & Director of Operations**

**18. Signature of attorney**

X **/s/ Alan A. Meda**                 Date **December 10, 2015**
    Signature of attorney for debtor                          MM / DD / YYYY

**Alan A. Meda**
Printed name

**Burch & Cracchiolo, P.A.**
Firm name

**702 E. Osborn Rd., Ste 200**
**Phoenix, AZ 85014**
Number, Street, City, State & ZIP Code

Contact phone   **602-274-8797**       Email address    **ameda@bcattorneys.com**

**009213**
Bar number and State

Fill in this information to identify the case:

Debtor name   **Gallagher's Nor'West, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2015**        X **/s/ Rachel Jaquith**
                                            Signature of individual signing on behalf of debtor

                                            **Rachel Jaquith**
                                            Printed name

                                            **Vice President & Director of Operations**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Gallagher's Nor'West, LLC

United States Bankruptcy Court for the:    **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allwest Hood & Fire 24654 N. Lake Pleasant Pkwy. Ste 103-24 Peoria, AZ 85383 | | | | | | $700.00 |
| Burns Pest Elimination 2620 W. Grovers Ave. Phoenix, AZ 85053 | | | | | | $240.00 |
| Dye Carbonic 701 S. 7th St. Phoenix, AZ 85034 | | | | | | $107.70 |
| Espresso Italia 1340 E. 8th St., Ste 101 Tempe, AZ 85281 | | | | | | $194.36 |
| G&K Services PO Box 842385 Boston, MA 02284-2385 | | | | | | $541.54 |
| Gallagher's , Inc. 1708 E. Bethany Home Rd. Phoenix, AZ 85016 | | reimburseable expenses | | | | $232,416.97 |
| JRM Mechanical 20609 N. 4th Ave. Phoenix, AZ 85027 | | | | | | $938.50 |
| Restaurant Magic 2502 N. Rocky Point Dr., Ste 960 Tampa, FL | | | | | | $805.00 |
| Strictly From Scrath 1722 W. McKinley Phoenix, AZ 85007 | | | | | | $1,312.52 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document    Page 6 of 34

Debtor name    **Gallagher's Nor'West, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $     335,621.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $     335,621.00

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $     0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................... $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................. +$     237,256.59

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b     $     237,256.59

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.  Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. **POS terminal** | | $4,400.00 |
|---|---|---|

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $4,400.00 |
|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document    Page 8 of 34

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** food & beverage inventory | | $0.00 | | $31,368.00 |

| | | |
|---|---|---|
| 20. | Work in progress | |
| 21. | Finished goods, including goods held for resale | |
| 22. | Other inventory or supplies | |
| 23. | Total of Part 5. | $31,368.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    Is any of the property listed in Part 5 perishable?
       ■ No
       ☐ Yes

25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document    Page 9 of 34

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       restaurant equipment _____    $0.00 _____    _____   $299,853.00

51.    **Total of Part 8.**                                                         $299,853.00
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties Liquor Licenses - Union Hills 12077880, Peoria 12074839 | $0.00 | | $0.00 |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

66.    **Total of Part 10.**                                                        $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**

■ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Gallagher's Nor'West, LLC**
Name

Case number *(if known)* _____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $4,400.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $31,368.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $299,853.00 | |
| 88. Real property. *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $335,621.00 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $335,621.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document          Page 12 of 34

Fill in this information to identify the case:

Debtor name    **Rachel Jaquith**

           First Name           Middle Name          Last Name

United States Bankruptcy Court for the:    **DISTRICT OF ARIZONA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Gallagher's Nor'West, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|       |                                                                                                                            | Amount of claim |
|-------|----------------------------------------------------------------------------------------------------------------------------|-----------------|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Allwest Hood & Fire**<br>**24654 N. Lake Pleasant Pkwy.**<br> **Ste 103-24**<br>**Peoria, AZ 85383** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ | $    **700.00** |
|     | Date or dates debt was incurred _____<br><br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Burns Pest Elimination**<br>**2620 W. Grovers Ave.**<br>**Phoenix, AZ 85053** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ | $    **240.00** |
|     | Date or dates debt was incurred _____<br><br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **107.70** |

First Name       Middle Name       Last Name

---

**Dye Carbonic**
**701 S. 7th St.**
**Phoenix, AZ 85034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 194.36 |

**Espresso Italia**
**1340 E. 8th St., Ste 101**
**Tempe, AZ 85281**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 541.54 |

**G&K Services**
**PO Box 842385**
**Boston, MA 02284-2385**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 232,416.97 |

**Gallagher's , Inc.**
**1708 E. Bethany Home Rd.**
**Phoenix, AZ 85016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **reimburseable expenses**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:15-bk-15570-GBN   Doc 1   Filed 12/10/15   Entered 12/10/15 11:41:04   Desc
Main Document     Page 15 of 34

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ | 938.50 |
|---|---|---|---|---|

**JRM Mechanical**
**20609 N. 4th Ave.**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ | 805.00 |
|---|---|---|---|---|

**Restaurant Magic**
**2502 N. Rocky Point Dr., Ste 960**
**Tampa, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ | 1,312.52 |
|---|---|---|---|---|

**Strictly From Scrath**
**1722 W. McKinley**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document    Page 16 of 34

Debtor 1   **Rachel Jaquith**                                          Case number (if know) _____
            First Name        Middle Name        Last Name

| | | |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 237,256.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 237,256.59 |

Total of claim amounts

Fill in this information to identify the case:

Debtor name   **Gallagher's Nor'West, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

   **2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Peoria, AZ Lease Expires 6/30/2017 6750 W. Peoria Ave. Peoria, AZ 85345** |
| | State the term remaining | |
| | List the contract number of any government contract | **EC Crossroads Plaza, LLC PO Box 843588 Los Angeles, CA 90084-3588** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Phoenix AZ Lease Expires 10/31/2019 751 E. Union Hills Dr. Phoenix, AZ 85024** |
| | State the term remaining | **Hannay Realty Advisors LP Rcvr for El Covington et al 2999 N. 44th St., Ste 400 Phoenix, AZ 85018** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor name **Gallagher's Nor'West, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

   ■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

    *Column 1: Codebtor*           *Column 2: Creditor*

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | _____ Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | _____ City  State  Zip Code | | | | |
| 2.2 | _____ | _____ Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | _____ City  State  Zip Code | | | | |
| 2.3 | _____ | _____ Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | _____ City  State  Zip Code | | | | |
| 2.4 | _____ | _____ Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | _____ City  State  Zip Code | | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **Gallagher's Nor'West, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For the fiscal year:** From  / / to  / / | ☐ Operating a business<br>■ Other    2014: _____ | $75,465.00 |
   | **For the fiscal year:** From  / / to  / / | ☐ Operating a business<br>■ Other    2013: _____ | $16,303.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None.

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document    Page 21 of 34

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document    Page 22 of 34

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **CBIZ MHM, LLC**<br>**3101 N. Central Ave., Ste 300**<br>**Phoenix, AZ 85012** | **9/2015 to present** |
| 26a.2. | **Gary J. DeBernardi, CPA**<br>**6125 S. Ash**<br>**Tempe, AZ 85283** | **pre 2013 to 9/2015** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document    Page 24 of 34

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **CBIZ MHM LLC** <br> **3101 N. Central Ave., Ste 300** <br> **Phoenix, AZ 85012** | **9/2015 to present** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **Gary J. DeBernardi, CPA** <br> **6125 S. Ash** <br> **Tempe, AZ 85283** | **pre 2013 to 9/2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

Name and address

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gallagher's, Inc.** | **1708 E. Bethan Home Rd.** | **Member/Manager** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Epert** | **2243 Sisley Pl.** | **Member** | **50%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ■ No
   ☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:15-bk-15570-GBN   Doc 1   Filed 12/10/15   Entered 12/10/15 11:41:04   Desc
Main Document     Page 25 of 34

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

Name of the parent corporation                         Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

Name of the parent corporation                         Employer Identification number of the parent corporation

## Part 14:   Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2015** _____

/s/ Rachel Jaquith _____      **Rachel Jaquith Vice President & Director of Operations** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 2:15-bk-15570-GBN    Doc 1    Filed 12/10/15    Entered 12/10/15 11:41:04    Desc
Main Document     Page 26 of 34

# United States Bankruptcy Court
## District of Arizona

In re    **Gallagher's Nor'West, LLC**                   Case No.      _____

                                  Debtor(s)            Chapter     **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Butler Rev. Survivor's Trust U/A 2/27/91<br>Earlene M. Butler, Trustee<br>31 W. Marlette<br>Phoenix, AZ 85013** | **common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Vice President & Director of Operations** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **December 10, 2015**                   Signature    **/s/ Rachel Jaquith** _____

                                                            **Rachel Jaquith**

        *Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                            18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re   <u>Gallagher's Nor'West, LLC</u>

Case No. _____

Chapter   <u>11</u>

Debtor(s)

# DECLARATION

I, the Vice President & Director of Operations of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of <u>3</u> sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:   <u>December 10, 2015</u>

/s/ Rachel Jaquith
**Rachel Jaquith/Vice President & Director of Operations**
Signer/Title

Date:   <u>December 10, 2015</u>

/s/ Alan A. Meda
Signature of Attorney
**Alan A. Meda 009213**
**Burch & Cracchiolo, P.A.**
**702 E. Osborn Rd., Ste 200**
**Phoenix, AZ 85014**
**602-274-8797  Fax: 602-850-9797**

MML-5

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **Gallagher's Nor'West, LLC** _____    Case No. _____

                                 Debtor(s)          Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gallagher's Nor'West, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 10, 2015** | **/s/ Alan A. Meda** |
| Date | **Alan A. Meda 009213** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Gallagher's Nor'West, LLC** |
| | **Burch & Cracchiolo, P.A.** |
| | **702 E. Osborn Rd., Ste 200** |
| | **Phoenix, AZ 85014** |
| | **602-274-8797 Fax:602-850-9797** |
| | **ameda@bcattorneys.com** |

# ACTION WITHOUT A MEETING BY UNANIMOUS WRITTEN CONSENT

## OF THE MANAGER OF

## GALLAGHER'S NOR'WEST, LLC.

### December 7, 2015

Pursuant to Arizona Revised Statues §29-683, the undersigned, being the sole Manager of Gallagher's Nor'west, LLC, an Arizona limited liability company (the "Company"), hereby authorizes, approves and consents without a meeting to the adoption of the following resolutions, and the actions thereby contemplated, effective as of the date set forth above:

> **WHEREAS**, the Company is considering filing under Chapter 11 of the United States Bankruptcy Code; and

> **WHEREAS**, Gallagher's, Inc. is the sole Manager of the Company; and

> **WHEREAS**, the Company has consulted with legal counsel regarding the filing of a bankruptcy case; and

> **WHEREAS**, the Manager wishes to authorize the filing of bankruptcy under Chapter 11 of the United States Bankruptcy Code and the retention of bankruptcy counsel.

> **NOW, THEREFORE, IT IS HEREBY**

> **RESOLVED**, that the Manager authorizes the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code; and

> **RESOLVED FURTHER**, that the Manager authorizes the retention of Burch & Cracchiolo, P.A. as the Corporation's bankruptcy counsel; and

> **RESOLVED FURTHER**, that the Manager authorizes Rachel Jaquith, Vice-President of Gallagher's, Inc., to execute and sign the Bankruptcy petition and any and all other Bankruptcy Court documents.

(Signature Page Follows)

MANAGER:

Gallagher's, Inc., an Arizona corporation

By: _____
Theodore A. Butler, President

AAA ENTERTAINMENT
34831 N. 3RD AVE.
PHOENIX AZ 85086

.

AETNA HEALTH
PO BOX 7247-0213
PHILADELPHIA PA 19170-0213

AJC PROPERTIES
4455 E. CAMELBACK RD., STE D145
PHOENIX AZ 85018

ALLEGIANCE PREMIUM FINANCE
POO BOX 1750
CEDAR CITY UT 84721

ALLIANCE BEVERAGE
1115 N. 47TH AVE.
PHOENIX AZ 85043

ALLWEST HOOD & FIRE
24654 N. LAKE PLEASANT PKWY.
 STE 103-24
PEORIA AZ 85383

ALLWEST HOOD & FIRE
24654 N. LAKE PLEASANT PKWY.
STE 103-24
PEORIA AZ 85383

APS
400 N. 5TH ST.
PHOENIX AZ 85004

ARIZONA CUTLERY
12620 N. CAVE CREEK RD., #4
PHOENIX AZ 85022

ARMORED MINI STORE
1650 E. LAMAR RD.
PHOENIX AZ 85016

ASSURANT EMPLOYEE BENEFIT
UNION SECURITY
2323 GRAND BLVD.
KANSAS CITY MO 64108

AT&T MOBILE
PO BOX 6463
CAROL STREAM IL 60197-6463

AUDIO CONCEPTS
8812 N. 15TH LN.
PHOENIX AZ 85021

AZTEC PUMPING/A1 GREASE TRAP
1095 W. MAGNOLIA ST.
PHOENIX AZ 85007

BERRY BROS. FIREWOOD
5317 E. WASHINGTON
PHOENIX AZ 85034

BMO HARRIS BANK
1200 E. WARRENVILE RD.
NAPERVILLE IL 60563

BONDS ALARM
4040 E. CAMELBACK RD., STE 250
PHOENIX AZ 85018

BURNS PEST ELIMINATION
2620 W. GROVERS AVE.
PHOENIX AZ 85053

BUSINESS MUSIC INC
10 MUSIC SQUARE EAST
NASHVILLE TN 37203

CBIZ MHM
3101 N. CENTRAL AVE., STE 300
PHOENIX AZ 85012

CENTRE POINTE SHOPPES
PO BOX 1549
CAVE CREEK AZ 85327

CITY OF PEORIA TAX & LICENSI
8401 W. MONROE ST.
PEORIA AZ 85345

CITY OF PHOENIX
WATER/SEWER
305 W. WASHINGTON ST.
PHOENIX AZ 85003

CLEAN MEDIA
7890 E. MCCLAIN DR., STE 2
SCOTTSDALE AZ 85260

COX COMMUNICATIONS
PO BOX 53249
PHOENIX AZ 85072

CRESCENT CROWN
1640 W. BROADWAY
MESA AZ 85202

CURBSIDE RECYCLING
3219 E. CAMELBACK RD.
 STE 394
PHOENIX AZ 85018

DIRECTV
PO BOX 5392
MIAMI FL 33152-5392

DYE CARBONIC
701 S. 7TH ST.
PHOENIX AZ 85034

EC CROSSROADS PLAZA, LLC
PO BOX 843588
LOS ANGELES CA 90084-3588

EISENBERG COMPANY
2390 E. CAMELBACK RD., STE 202
PHOENIX AZ 85016

HENSLEY
4201 N. 45TH AVE.
PHOENIX AZ 85031

NUCO2
PO BOX 417902
BOSTON MA 02241-7902

ESPRESSO ITALIA
1340 E. 8TH ST., STE 101
TEMPE AZ 85281

JAMES BENHAM PC
7321 N. 16TH ST.
PHOENIX AZ 85020

PAYCHEX
16404 N. BLACK CANYON HIGHWAY
PHOENIX AZ 85053

ETHAN CHRISTOPHER AZ, LLC
6750 W. PEORIA AVE., STE 117
PEORIA AZ 85345

JOHN BEAVER PLC
7321 N. 16TH ST.
PHOENIX AZ 85020

POWERCARD
PO BOX 2709
WILMINGTON NC 28402

EVERGREEN COMMERCIAL REALTY
2390 E. CAMELBACK RD., STE 410
PHOENIX AZ 85016

JRM MECHANICAL
20609 N. 4TH AVE.
PHOENIX AZ 85027

REPUBLIC SERVICES
1500 S. 7TH ST.
PHOENIX AZ 85034

EXCELL DIRECT
PO BOX 72508
PHOENIX AZ 85050

LCA
3150 LIVERNOIS RD., STE 300
TROY MI 48083

RESTAURANT MAGIC
2502 N. ROCKY POINT DR., STE 9
TAMPA FL

F&B MANAGEMENT
7201 E. CAMELBACK RD., STE 222
SCOTTSDALE AZ 85251

LEWKOWITZ LAW
2600 N. CENTRAL AVE., STE 1775
PHOENIX AZ 85004

REWARDS NETWORK
2 N. RIVERSIDE PLAZA
CHICAGO IL 60606

G&K SERVICES
PO BOX 842385
BOSTON MA 02284-2385

MATT WILLIAMS KARAOKE
2821 E. DUNBAR DR.
PHOENIX AZ 85042

S&B PLUMBING
103 E. MORROW DR.
PHOENIX AZ 85027

GALLAGHER'S , INC.
1708 E. BETHANY HOME RD.
PHOENIX AZ 85016

NCR
3095 SATELLITE BLVD.
 BLDG. 800 3RD FL.
DULUTH GA 30096

SERGIO VARGAS LANDSCAPING
14022 N. 38TH DR.
PHOENIX AZ 85053

GUY KNOLLER
7321 N. 16TH ST.
PHOENIX AZ 85020

NIEMEYER BROTHERS PLUMBING
21408 N. 11TH AVE.
PHOENIX AZ 85027

SHAMROCK FOODS
PO BOX 52438
PHOENIX AZ 85053

HANNAY REALTY ADVISORS LP RCVR FOR NTN BUZZTIME
EL COVINGTON ET AL
2999 N. 44TH ST., STE 400
PHOENIX AZ 85018

NTN BUZZTIME
2231 RUTHERFORD RD., STE 200
CARLSBAD CA 92008

SOUTHERN WINE & SPIRITS
2375 S. 45TH AVE.
PHOENIX AZ 85043

SOUTHWEST GAS
1600 E. NORTHERN AVE.
PHOENIX AZ 85020

WILLIE ITULE PRODUCE
926 E. JACKSON ST.
PHOENIX AZ 85034

SOUTHWEST GLASS
7521 N. I-10 FRONTAGE RD.
TUCSON AZ 85743

YOUNG'S MARKET
624 N. 44TH AVE.
PHOENIX AZ 85043

SPECTACULAR ENTERTAINMENT
1735 E. BROADWAY RD
STE 101-150
TEMPE AZ 85282

SRP
PO BOX 52025
PHOENIX AZ 85072-2025

STARZ KARAOKE
635 N. CLIFF CIR.
MESA AZ 85201

STATE AUTO/FARMER LEAVITT
919 N. 1ST ST.
PHOENIX AZ 85004

STRICTLY FROM SCRATH
1722 W. MCKINLEY
PHOENIX AZ 85007

TERRA COTTA REALTY
C/O EVERGREEN COMMERICAL REALTY
2390 E. CAMELBACK RD., STE 410
PHOENIX AZ 85016

UNITED STATES TREASURY
C/O IRS
OGDEN UT 84201

WASSERSTROM
477 S. FRONT ST.
COLUMBUS OH 43215