Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
702 E. Osborn Road, Suite 200
Phoenix, AZ 85014
Tel: 602.274.7611
ameda@bcattorneys.com

*Proposed Attorneys for Debtors Gallagher's Nor'West, LLC and Gallagher's, Inc.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>GALLAGHER'S NOR'WEST, LLC,<br>Debtor. | Chapter 11<br>Case No. 2:15-bk15570-GBN<br>**Joint Administration Pending With Case No.:** |
| In re<br>GALLAGHER'S, INC.,<br>Debtor. | Case No. 2:15-bk-15573-MCW |
| This filing applies to: ■ Both Debtors<br>☐ Specified Debtors | **EMERGENCY MOTION FOR JOINT ADMINISTRATION** |

Debtor, Gallagher's Nor'West, LLC ("**Nor'West**") and Gallagher's Inc. ("**Gallagher's**") (Nor'West and Gallagher's are collectively referred to herein as "**Debtors**"), hereby move this Court for an order, pursuant to Fed. R. Bankr. P. 1015(b)(4), authorizing the joint administration of the bankruptcy cases of Gallagher's, Nor'West, LLC, Case No. 2:15-bk-15570-GBN and Gallagher's Inc., Case No. 2:15-bk-15573-MCW, on the following grounds:

## BACKGROUND

1. On December 10, 2015, Nor'West filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Arizona.

2. On December 10, 2015, Gallagher's filed its respective voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona.

3. Each of the Debtors is a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

4. No trustee, examiner, or official committee has been appointed in any of the cases.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Sections 105 of the Bankruptcy Code and Fed. R. Bankr. P. 1015(b).

6. The Debtors are each corporations or limited liability companies formed under the statutes of the State of Arizona.

7. Gallagher's is the managing member of Nor'West and Theodore "Ted" A. Butler is the President of Gallagher's.

**RELIEF REQUESTED**

8. This Motion has been filed in the lowest numbered case, 2:15-bk-15570-GBN, with a copy sent to the Honorable George B. Nielsen Jr. By this Motion, the Debtors seek an Order of the Court establishing the joint administration for procedural purposes of these two affiliated cases.

9. The joint administration of the cases will prevent the imposition of unnecessary costs and the duplication of proceedings before the Court. It is appropriate and necessary to save Court time, attorney time, and attendant costs of multiple matters in each case that the Debtors' cases be treated as a single case solely for administrative purposes pursuant to Fed. R. Bankr. P. 1015(b).

10. The Debtors propose to use the caption below for the jointly administered cases.

/ / /

/ / /

/ / /

| | |
|---|---|
| In re<br>GALLAGHER'S, NOR'WEST, LLC,<br>                Debtor. | Chapter 11<br>Case No. 2:15-bk-15570-GBN<br>Case No. 2:15-bk-15573-GBN<br>(Jointly Administered) |
| In re<br>GALLAGHER'S, INC.,<br>                Debtor. | [CAPTION] |
| Debtor.    ☐ Both Debtors<br>           ☐ Specified Debtors: | |

11. Once jointly administered, the Debtors propose that all pleadings shall be filed in the lowest-numbered case, the Gallagher's Nor'West, LLC case, except for proofs of claim and interest which should be filed in the case to which such proofs are related. Concurrently, the Debtors request that all the cases be transferred to the Honorable George B. Nielsen, Jr., the Bankruptcy Judge in the lowest-numbered case.

WHEREFORE, for the reasons set forth above, the Debtors respectfully request entry of an Order authorizing the joint administration of the two affiliated Debtors' cases, and for such other relief as is just in the circumstances.

DATED this 10th day of December, 2015.

                    **BURCH & CRACCHIOLO, P.A.**

                    By /s/ Alan A. Meda (#009213)
                       Alan A. Meda
                       *Proposed Attorneys for Debtors Gallagher's*
                       *Nor'West, LLC and Gallagher's, Inc.*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>GALLAGHER'S NOR'WEST, LLC,<br>Debtor. | Chapter 11<br>Case No. 2:15-bk-15570-GBN<br>**Joint Administration Pending With Case No.:** |
| In re<br>GALLAGHER'S, INC.,<br>Debtor. | Case No. 2:15-bk-15573-MCW |
| This filing applies to: ■ Both Debtors<br>☐ Specified Debtors | **ORDER GRANTING EMERGENCY MOTION FOR JOINT ADMINISTRATION** |

The Court has considered the Motion for Joint Administration filed by Gallagher's Nor'West, LLC and Gallagher's, Inc., requesting that the two related cases be jointly administered under the Gallagher's Nor'West, LLC case. It appearing that the request is proper and in the best interest of the estates and their creditors. Therefore, for good cause appearing,

IT IS HEREBY ORDERED that the Gallagher's Nor'West, LLC case and the Gallagher's, Inc. case (Case No. 2:15-bk-15573-MCW) be jointly administered under the Gallagher's Nor'West, LLC Case No. 2:15-bk-15570-GBN.

IT IS FURTHER ORDERED that all pleadings and motions shall be filed in the Gallagher's Nor'West, LLC case, except that all proofs of claim and proofs of interest shall be filed in the case in which such claims and interests are asserts and that the Clerk will maintain separate registers of such claims and interests.

IT IS FURTHER ORDERED that pleadings and motions filed in these jointly administered cases will use the caption set forth below:

| | |
|---|---|
| In re<br><br>GALLAGHER'S NOR'WEST, LLC,<br><br>                Debtor.<br>In re<br>GALLAGHER'S, INC.,<br><br>                Debtor.<br>Debtor.   ☐  Both Debtors<br>           ☐  Specified Debtors: | Chapter 11<br>Case No. 2:15-bk-15570-GBN<br>Case No. 2:15-bk-15573-MCW<br>(Jointly Administered)<br><br>[CAPTION]<br><br>Hearing Date:<br>Hearing Time:<br>Location:      Courtroom #___<br>                      230 N First Ave.<br>                      Phoenix AZ 85003 |

All of the jointly administered cases are hereby transferred to the Honorable George B. Nielsen, Jr., the Bankruptcy Judge in the lowest-numbered case.

DATED AND SIGNED ABOVE.